UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD D. McNAMARA, | ) | CIV. 08-4017-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| YELLOW TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal signed by the parties, it is

ORDERED that this action is dismissed upon the merits, with prejudice, and with the parties to bear their own costs.

Dated July 19, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE